USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

FIRST RELIANCE STANDARD LIFE
INSURANCE COMPANY,

                Plaintiff,

-against-

GIORGIO ARMANI CORPORATION,

                Defendant.

------------------------------------------------------------- X

**ORDER**

19 Civ. 10494 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        In light of Defendant's pending motion to dismiss, the conference previously scheduled for March 27, 2020 is hereby canceled. A conference will be scheduled, if necessary, following resolution of the motion to dismiss.

        SO ORDERED.

Dated:     March 18, 2020
             New York, New York

                                            ALVIN K. HELLERSTEIN
                                            United States District Judge