UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
**First Reliance Standard Life Insurance Company**,

                Plaintiff,

-against-                          19 **CIVIL 10494** (AKH)

## **JUDGMENT**

**Giorgio Armani Corporation**,

                Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 4, 2020, the defendant's motion to dismiss is granted; accordingly, this case is closed.

**Dated:** New York, New York

       June 5, 2020

                                                 **RUBY J. KRAJICK**
                                                 _____
                                                    **Clerk of Court**
                                **BY:**
                                           _S/ A D'Agostino_____
                                                     **Deputy Clerk**